_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
June 14, 2024
_____

KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
711 S 4th Street Suite 101
Las Vegas, NV  89101
(702) 853-0700

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **IN RE:**<br><br>**KWANG BIN NA**<br><br><br>**Debtor** | Chapter 13<br>Case No: 23-11306-NMC<br><br>Hearing Date: 05/30/2024<br>Hearing Time: 2:00 pm |

**ORDER OF DISMISSAL**

A motion for Order Dismissing Bankruptcy Proceedings filed by the Trustee in the above-captioned matter having come on for hearing, the following parties having appeared:

 (X)   Trustee         (  ) Debtor(s)         (  ) Attorney for Debtor(s)            (  ) Other: ,

and said Motion having been considered by this Court, and good cause appearing therefore;

  **IT IS HEREBY ORDERED** that the above-captioned proceedings under Chapter 13 be, and the same hereby is DISMISSED for the Debtor(s) failure to:


- Conclude 341(a) Meeting of Creditors
- File Schedules, Statements and/or Plan
- Other: Failure to resolve Trustee's Motion to Dismiss filed on 5/1/2024, dkt #51

Dated: June 11, 2024

/s/ Kathleen A. Leavitt
Kathleen A. Leavitt
Chapter 13 Trustee
(bg)

**LR 9021 CERTIFICATION:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

____ The court has waived the requirement set forth in LR 9021 (b)(1).

__X__ No party appeared at the hearing or filed an objection to the motion.

____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disproved the order, or failed to respond, as indicated below:

____ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###